IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY VOLNER, | ) |
| | ) |
|     PLAINTIFF | ) |
| | ) |
| v. | )    CASE NO. CIV 11-003-JHP |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| | ) |
|     DEFENDANT | ) |

# JUDGMENT

Pursuant to the Defendant's Motion for Summary Judgment, which was granted the 6th day of December, 2011, the Court enters judgment for the Defendant, and against the Plaintiff.

**IT IS SO ORDERED** this 6th day of December, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma

1