## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ANTHONY VOLNER,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. CIV 11-003-JHP** |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## JUDGMENT

      Pursuant to the Defendant's Motion for Summary Judgment, which was granted the 6th day of December, 2011, the Court enters judgment for the Defendant, and against the Plaintiff.

      **IT IS SO ORDERED** this 6th day of December, 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma